**MINUTE ENTRY**
**DUVAL, J.**
**MARCH 26, 2008**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**YON ENTERPRISES, LLC, ET AL.**                                    **CIVIL ACTION**

**VERSUS**                                                                           **NO. 06-7910**

**ALLSTATE INSURANCE COMPANY**                                **SECTION "K"(1)**

Attending a telephonic status conference held this day were:

Leo Prange for plaintiff and

Julie Echols for defendant.

This status conference was called, in part, to remind parties that the **non-jury trial** in this matter is set for June 30, 2008 and that the Court considers this date a contract that it intends to enforce.

The Court also advised parties that all dispositive motions (including *Daubert* motions) must be filed by May 13, 2008 for the May 28, 2008 hearing date. Late filed motions will not be accepted.

**Plaintiff must contact Magistrate Judge Shushan** to schedule a settlement conference at least six weeks before the pre-trial conference.

The Court inquired into the status of the case and was informed that discovery is proceeding without problems. The parties informed the Court that settlement appears to be a distinct possibility. Counsel shall notify the Court if discovery problems arise that will impact the trial date.

The Court explained to the parties its policies with respect to electronic evidence and equipment. The Court advised that the trial **is not required to proceed** as a paperless trial because there are less than 500 pages of exhibits in total.

Defense counsel informed the Court that its pending motion for summary judgment should be withdrawn.  Accordingly,

**IT IS ORDERED** that the Defendant's Motion for Summary Judgment (Rec. Doc. 14) be **WITHDRAWN** by the request of the Defendant.

2

JS10(00:10)